UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARTHUR W. CARSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:06-CV-2123-G |
| NAHANIEL QUARTERMAN, Director, ) | |
| Texas Department of Criminal Justice, ) | **ECF** |
| Correctional Institutions Division, ) | |
| ) | |
| Respondent. ) | |

## ORDER

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Petitioner filed objections, and the district court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are **OVERRULED**, and the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

   **SO ORDERED**.

May 3, 2007.

_____
A. JOE FISH
CHIEF JUDGE