UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARTHUR W. CARSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:06-CV-2123-G |
| NATHANIEL QUARTERMAN, Director, ) | |
| Texas Department of Criminal Justice, ) | **ECF** |
| Correctional Institutions Division, ) | |
| ) | |
| Respondent. ) | |

## ORDER OF THE COURT ON THE FOREGOING RECOMMENDATION

Considering the record in this case and the recommendation of the Magistrate Judge, and pursuant to Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253 (c), the court hereby finds and orders:

**IFP STATUS:**
( )   the party appealing is **GRANTED** *in forma pauperis* status on appeal.
(**X**)   the party appealing is proceeding *in forma pauperis*.
( )   the party appealing is **DENIED** *in forma pauperis* status on appeal
for the following reasons:
( )   the court certifies, pursuant to FED. R. APP. P. 24(a) and 28 U.S.C. § 1915 (a)(3), that the appeal is not taken in good faith. In support of this finding, the court adopts and incorporates by reference the Magistrate Judge's findings and recommendation entered in this case on November 2, 2006.  Based upon the

    Magistrate Judge's findings, this court finds that the appeal presents no legal points of arguable merit and is therefore frivolous. See *Harkins v. Roberts*, 935 F. Supp. 871, 873 (S.D. Miss. 1996) (citing *Howard v. King,* 707 F. 2d 215, 219-20 (5th Cir. 1983)).

( ) the person appealing is not a pauper;

( ) the person appealing has not complied with the requirements of Rule 24 of the Federal Rules of Appellate Procedure and/or 28 U.S.C. § 1915(a)(1) as ordered by the court. (*See* Notice of Deficiency and Order entered on _____).

**COA**:

( ) a Certificate of Appealability is **GRANTED** on the following issues: _____.

(**X**) a Certificate of Appealability is **DENIED**. The court hereby adopts and incorporates by reference the Magistrate Judge's findings and recommendation filed in this case on April 18, 2007, in support of its finding that petitioner has failed to demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000).

**SO ORDERED**.

May 23, 2007.

                   _____
                   A. JOE FISH
                   CHIEF JUDGE