# United States District Court
## Northern District of Texas
## Office of the Clerk

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

SUBJECT:

Dear Mr. Fulbruge:

In connection with the appeal cited above, the following documents are transmitted:

☐ Certified copy of the notice of appeal and docket entries

☐ Certified copy of the notice of cross-appeal and docket entries

☐ Record on appeal consisting of _____ volume(s) of the record;

_____ Volume(s) of the transcript    _____ Volume(s) of depositions    _____ Audio Visual Tapes

_____ Container(s) of exhibits    _____ Sealed documents    _____ Folder(s) of State Court Papers

ORIGINAL DOCUMENT(S) ENCLOSED--RETURN TO DISTRICT COURT

☐ Supplemental record, including updated docket entries

☐ Other:

In regard to the notice of appeal, the following additional information is furnished:

☐ The Court of Appeals docket fee _____ been paid

☐ The case is proceeding *in forma pauperis*

☐ A motion to proceed *in forma pauperis* on appeal is currently pending in district court.

☐ This case proceeded pursuant to 28 U.S.C. §1915 of the Prison Litigation Reform Act.

☐ The presiding Judge entering the final judgment is:

☐ The court reporter assigned to this case is:

☐ This case was decided without a hearing, therefore there will be no transcript

☐ UPS Tracking #:

                Sincerely,
                KAREN MITCHELL
                Clerk of Court

            By: _____
                        Deputy Clerk

cc: