# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
DEC 11 2007
CHARLES R. FULBRUGE III
CLERK

No. 07-10563
USDC No. 3:06-CV-2123

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 14 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

ARTHUR W CARSON

Petitioner-Appellant

v.

NATHANIEL QUARTERMAN, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION

Respondent-Appellee

Appeal from the United States District Court
for the Northern District of Texas

A true copy
Attest: DEC 11 2007
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana

O R D E R:

Arthur W. Carson, Texas prisoner # 517349, moves for a certificate of appealability (COA) to appeal the denial of his 28 U.S.C. § 2254 petition that challenged the denial of parole from his attempted murder conviction. He argues that his due process rights were infringed when he was denied release to parole after a determination that he was unsuitable.

Carson, however, has not shown "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). His COA motion is therefore DENIED.

RHESA H. BARKSDALE
UNITED STATES CIRCUIT JUDGE

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 11, 2007

Ms Karen S Mitchell, Clerk
Northern District of Texas, Dallas
United States District Court
Room 1452
1100 Commerce Street
Dallas, TX 75242



No. 07-10563  Carson v. Quarterman
    USDC No.  3:06-CV-2123

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned: ( 1 ) Box (SCP).

The electronic copy of the record has been recycled.

(1) Folder
    SCP

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Madeline Chigoy, Deputy Clerk
    504-310-7691

cc: w/encl:
    Mr Arthur Carson
    Mr Jeremy A Valdez

MDT-1